UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMEEN D. WASHINGTON,<br><br>                        Plaintiff,<br><br>-against-<br><br>DR. MS. PATTERSON, Radiologist for Lenox Hill,<br><br>                       Defendant. | 23-CV-8768 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the December 19, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 19, 2023
             New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge